IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

SAVE CHILHOWEE MOUNTAIN, INC., a
Tennessee nonprofit corporation

    Plaintiff

vs.                                         NO. 3:07-CV-55

HARMONY PROPERTY GROUP, LLC,
a Tennessee limited liability company

    Defendant

## MOTION

Now come the parties and respectfully move the Court for entry of an Order of Compromise, Settlement and Dismissal with full prejudice. The matter has been settled by separate Settlement Agreement. A proposed Order of Compromise, Settlement and Dismissal is attached hereto.

RESPECTFULLY SUBMITTED,

S/GARY A. DAVIS WITH PERMISSION
Gary A. Davis
P. O. Box 649
Hot Springs, North Carolina 28743
Telephone: (828) 622-0044

S/DAVID T. BLACK
David T. Black
Tennessee Bar No. 000999
329 Cates Street
Maryville, Tennessee 37801
Telephone: (865) 980-1609