IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

SAVE CHILHOWEE MOUNTAIN, INC., a
Tennessee nonprofit corporation

       Plaintiff

vs.                                                     NO. 3:07-CV-55

HARMONY PROPERTY GROUP, LLC,
a Tennessee limited liability company

       Defendant

## ORDER OF COMPROMISE, SETTLEMENT AND DISMISSAL

In this cause came the parties and announced to the Court that all matters and issues in controversy have been compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that this cause be, and the same is, hereby dismissed with full prejudice.

The costs of this cause shall be taxed one-half (1/2) to the Plaintiff, Save Chilhowee Mountain, in care of its attorney, Gary A. Davis, P. O. Box 649, Hot Springs, North Carolina 28743, and one-half to the Defendant, Harmony Property Group, LLC, in care of its attorney, David T. Black, 329 Cates Street, Maryville, Tennessee 37801, for which execution may issue if necessary.

ENTER this _____ day of _____, 2007.

                                                                    _____
                                                                                        JUDGE

APPROVED FOR ENTRY

S/GARY A. DAVIS WITH PERMISSION by David Black
GARY A. DAVIS, Attorney for Plaintiff

S/DAVID T. BLACK
DAVID T. BLACK, Attorney for Defendant

2